COURT OF APPEALS NO: 12-15-00190-CV

TRIAL COURT NO: 3-42362

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 29 2015

clkm

TYLER TEXAS
CATHY S. LUSK, CLERK

IN RE BILLY ROSS SIMS, Pro se §
§ IN THE
§ COURT OF APPEALS
§ TWELFTH DISTRICT OF TEXAS
§

### AFFIDAVIT OF INABILITY TO PAY COSTS

My name is Billy Ross Sims. I am a prisoner in the TDCJ-CID, and I am of sound mind and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct. I declare I am unable to pay the cost of this appellate action and too poor to afford counsel. I am indigent within the meaning of the term under state law.

1. I am presently incarcerated at the Powledge Unit of the TDCJ-CID, where I am not allowed to earn or handle money.
2. I have no spousal support or income from any spouse.
3. Due to an adverse ruling by the trial court I have a zero balance in my inmate trust fund account as of 7-17-15.
4. During my incarceration I receive $133.17 a month from a VA disability exempt from seizure, levy, attachment or assignment. I rarely get a gift of money from family and my sole income is the VA benefit.
5. I do not own any interest in realty, stocks, bonds or bank accounts nor receive any interest or dividend income from any source.
6. I have no dependents.
7. I have a total debt of approximately $20,000.00.
8. My monthly expenses are about $133.00.
9. I have no ability to obtain a loan for the costs due to my incarceration and unemployment.
10. I have no attorney providing free legal services without a contingency fee.
11. No attorney has agreed to pay or advance court costs.
12. I lack the skill, and have no access to equipment necessary to prepare an appendix or to make extensive copies of the documents involved in this case and I cannot afford to pay to have the record transcribed or provided to this court.
13. On 6-30-15, the trial court judge initialed an Order of Dismissal in this cause and ordered the department to seize my ITF account to pay cost and fees under Chapter 14 Tex.Civ.Prac.Rem.Code, with no jurisdiction to do so, thus causing me to file this appellate process to set aside the bad faith ruling. I do not know the cost of the clerk's record necessary for this appeal process.

I, Billy Ross Sims, 511649, being presently incarcerated in the TDCJ declare under penalty of perjury that the foregoing is true and correct. Signed this 27th Day of 2015.

_____
BILLY R. SIMS, 511649
1400 FM 3452, Palestine, TX 75803